United States District Court
Southern District of Texas
**ENTERED**
May 15, 2025
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALBERTO NUNEZ DORANTES, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | §   CIVIL ACTION NO. H-23-1912 |
| | § |
| COSTCO WHOLESALE CORPORATION, | § |
| | § |
| Defendant. | § |

**FINAL JUDGMENT**

In accordance with the court's Memorandum Opinion and Order granting Defendant Costco Wholesale Corporation's Rule 56 Motion for Summary Judgment, the court **ADJUDGES** that Plaintiff take nothing from Defendant.

Costs will be taxed against Plaintiff.

This is a **FINAL JUDGMENT**.

**SIGNED** at Houston, Texas, on this the 15th day of May, 2025.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE